# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:12cv34

| | |
|---|---|
| ASSET HOLDING COMPANY 5, LLC, ) <br> as Assignee of United COMMUNITY ) <br> BANK (GEORGIA), ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARSHALL E. CORNBLUM, et al., ) <br> ) <br>    Defendants. ) <br> _____ ) | **ORDER** |

Previously, the Court directed Plaintiff and Defendant Longbranch Properties, LLC to file a response disclosing the names and citizenship of the respective members or partners of their limited liability companies [# 11]. Upon a review of the docket, it appears that sufficient information is contained in the Complaint to demonstrate subject matter jurisdiction in this case and no further responsive filing is required by either party.

Signed: November 17, 2012

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge