# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| GREAT OAK NC LENDER, LLC , | ) | JUDGMENT IN CASE |
| | ) | |
| Intervenor, | ) | 2:12-cv-00034-MR |
| | ) | 2:12-cv-00069-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| MARSHALL E. CORNBLUM, | ) | |
| MADELINE H. CORNBLUM, | ) | |
| MICHAEL CORNBLUM, | ) | |
| CAROLYN CORNBLUM, and | ) | |
| LONGBRANCH PROPERTIES, LLC , | ) | |
| | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 29, 2014 Memorandum Decision and Order.

August 29, 2014

Signed: August 29, 2014

Frank G. Johns, Clerk
United States District Court